

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| JANA M TURK,<br>    Plaintiff,<br>v.<br>Lynn Marlene Freeman,<br>an individual,<br>and<br>Dowell Transport Inc.,<br>an Arkansas Corporation<br>    Defendant. | No. CJ-2017-1922<br>(Civil relief more than $10,000: NEGLIGENCE (GENERAL))<br><br>Filed: 04/03/2017<br><br>Judge: Parrish, Patricia G. |

## PARTIES

Dowell Transport Inc., Defendant
Freeman,  Lynn  Marlene, Defendant
John Doe & Employer, Defendant
TURK,  JANA  M, Plaintiff

## ATTORNEYS

**Attorney**

Carpenter,  G  Robert (Bar #14692)
5030 N May Ave., Suite 144
OKLAHOMA CITY, OK 73112

PRO SE

**Represented Parties**

TURK,   JANA  M

TURK,   JANA  M

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

Exhibit 1

Issue # 1.   Issue: NEGLIGENCE (GENERAL) (NEGL)
Filed By: TURK, JANA M
Filed Date: 04/03/2017

| Party Name | Disposition Information |
|---|---|
|  | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 03-03-2017 | P | PETITION FOR NEGLIGENCE<br>Document Available (#1036577516) 📄TIFF   📄PDF |  |  |  |
| 04-03-2017 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 |  |  |
| 04-03-2017 | NEGL | NEGLIGENCE (GENERAL) |  |  |  |
| 04-03-2017 | DMFE | DISPUTE MEDIATION FEE |  |  | $ 7.00 |
| 04-03-2017 | PFE1 | PETITION |  |  | $ 163.00 |
| 04-03-2017 | PFE7 | LAW LIBRARY FEE |  |  | $ 6.00 |
| 04-03-2017 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND |  |  | $ 25.00 |
| 04-03-2017 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND |  |  | $ 1.55 |
| 04-03-2017 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES |  |  | $ 5.00 |
| 04-03-2017 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER |  |  | $ 10.00 |
| 04-03-2017 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER |  |  | $ 1.00 |
| 04-03-2017 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION |  |  | $ 0.16 |
| 04-03-2017 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES |  |  | $ 0.45 |
| 04-03-2017 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS |  |  | $ 0.23 |
| 04-03-2017 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS |  |  | $ 0.75 |
| 04-03-2017 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER |  |  | $ 1.50 |
| 04-03-2017 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS |  |  | $ 0.50 |
| 04-03-2017 | PA | PAUPER'S AFFIDAVIT/COURT COSTS AND FILING FEES DUE BEFORE FINAL JUDGEMENT FILED<br>Document Available (#1035921669) 📄TIFF   📄PDF |  |  |  |
| 04-03-2017 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE PARRISH, PATRICIA G. TO THIS CASE. |  |  |  |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-17-2017 | SMF | SUMMONS FEEX2 | | | $ 20.00 |
| 05-17-2017 | EAA | ENTRY OF APPEARANCE/ ATTORNEY FOR PLAINTIFF <br> Document Available (#1036940347)  TIFF    PDF | | | |
| 05-17-2017 | AMP | FIRST AMENDED PETITION <br> Document Available (#1036940343)  TIFF    PDF | | | |
| 05-17-2017 | ACCOUNT | RECEIPT # 2017-4129569 ON 05/17/2017. <br> PAYOR: MICHAEL ROGALIN TOTAL AMOUNT PAID: $ 20.00. <br> LINE ITEMS: <br> CJ-2017-1922: $20.00 ON AC01 CLERK FEES. | | | |
| 06-07-2017 | A | DEFENDANT DOWELL TRANSPORT, INC'S ANSWER TO PLAINTIFF'S FIRST AMENDED PETITION <br> Document Available (#1036943086)  TIFF    PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|

Case 5:17-cv-00643-W   Document 1-1   Filed 06/08/17   Page 3 of 3