sufficient


*103592 1669*

IN THE DISTRICT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

Jana Turk
_____
Plaintiff

Vs. John Doe
_____
Defendant

CJ -2017-1922

PAUPER'S AFFIDAVIT

NAME  JANA Turk                                          SOCIAL SECURITY ███████████

NO._____

ADDRESS  3915 morgan terr                               TELEPHONE  4██████████████

NO.        mustang ok  73064

I.    PERSONS IN HOUSEHOLD      0
      NAME OF SPOUSE _____                         IS PERSON A DEFENDANT
      NAME OF CHILDREN _____                       YES ( )      NO (✓)
      _____                                        YES ( )      NO (✓)
      _____                                        YES ( )      NO ( )
      NAME OF OTHERS _____                          YES ( )      NO ( )
                                                             YES ( )      NO ( )

II.   FINANCIAL STATUS  ████████████████
A.    INCOME: YOUR EMPLOYER ███████████████PHONE NO.

      _____                    $_____      **FILED IN DISTRICT COURT**
                                         (Gross Weekly Wage)    **OKLAHOMA COUNTY**

      _____                    $_____
                                         (Net Weekly Wage)          **APR - 3 2017**

      YOUR SPOUSE'S EMPLOYER'S NAME, ADDRESS AND TELEPHONE NO.
      _____                    $_____       **RICK WARREN**
                                         (Gross Weekly Wage)      **COURT CLERK**

      _____                    $_____        47_____
                                         (Net Weekly Wage)

OTHER INCOME (INCLUDING CHILD SUPPORT, AFDC, SOCIAL SECURITY BENEFITS, VETERAN'S BENEFITS, RETIREMENT, ANNUITY, RENT, INTEREST, OR DIVIDED PAYMENT AND INCOME FROM BUSINESS, PROFESSIONAL OR OTHER SELF EMPLOYMENT):

                                         $_____
                                         (TOTAL PER MONTH)

B.    CASH ON HAND: LIST ALL BANK ACCOUNTS (CHECKING, SAVINGS & MONEY MARKETS):
      _____                    $_____
                                         (AMOUNT)
      ████████████████                   $_____
                                         (AMOUNT)

LIST ALL STOCKS, BONDS AND SECURITIES:
      none
      _____                    $_____
                                         (VALUE)
      _____                    $_____
                                         (VALUE)

LIST ALL OTHER POSSESSIONS OF VALUE, INCLUDING TAX REFUNDS, NOTES, ACCTS. RECEIVABLE, ETC.:
      horses
      _____                    $_____
                                         (VALUE OR AMOUNT)
      _____                    $_____
                                         (VALUE OR AMOUNT)

C.    HOME: OWN ( )   RENT (✓)
EQUITY IN HOME, IF OWNED                 $_____

HOUSE PAYMENT OR RENT AMOUNT  700/mo     $_____
                                         (PER MONTH)

NAME OF LANDLORD OR MORTGAGE CO.:
      Mike Turk

**Exhibit**

**2**

exhibitsticker.com

D.      LIST ALL REAL ESTATE OR MINERALS YOU OWN OR HAVE AND INTEREST IN:

_____ 0 _____   $_____
                                                             (VALUE)
_____   $_____
                                                             (VALUE)

E.      LIST ALL PERSONAL PROPERTY OWNED OR IN WHICH YOU HAVE AN INTEREST, INCLUDING VEHICLES,
FURNITURE, APPLIANCES, TOOLS, EQUIPMENT, ETC.

_____ 1995 Chev h1500 -don't run _____   $____500?_____
                                                   (VALUE)
                                              $_____
                                                   (VALUE)

III.    GENERAL
A.      HAVE YOU TRANSFERRED OR SOLD ANY ASSETS PRIOR TO THIS APPLICATION?
        YES ( )        NO (✓)
IF YES, DESCRIBE THE ASSETS TRANSFERRED_____

_____

DATE OF THE TRANSFER:_____   AMOUNT RECEIVED:_____
B.      HAVE YOU TRIED TO HIRE AN ATTORNEY TO REPRESENT YOU?   YES (✓)  NO ( )
C.      DO YOU HAVE ANY FRIENDS OR RELATIVES WHO ARE ABLE AND WILLING TO ASSIST YOU IN HIRING AN
ATTORNEY AND/OR PAY THE FILING FEE?   YES (✓) NO (✗)  IF YES, HAVE THOSE PERSONS BEEN ASKED TO HELP YOU?
YES ( ) NO ( )          I have asked already

I STATE, SWEAR AND AFFIRM THAT I AM WITHOUT FUNDS OR OTHER SOURCES OF INCOME TO PAY AN ATTORNEY. I
FURTHER SWEAR AND AFFIRM THAT I HAVE READ THE FOREGOING PAUPER'S AFFIDAVIT, KNOW THE CONTENTS
THEREOF AND THAT THE ANSWERS CONTAINED HEREIN ARE TRUE AND CORRECT.

                                          X_____
                                                       RICK WARREN, Court Clerk
SUBSCRIBED AND SWORN TO BEFORE ME THIS  3  DAY OF  April  20 17.   TIM RHODES, Court Clerk
                                                            By:
                                          _____
                                                   DEPUTY COURT CLERK

[✓] This applicant found to be an indigent person and is entitled to file his/her petition without prepayment of court
costs  but Court costs + filing fees to be paid before final order or judgment.

[  ] This applicant found not to be an indigent person and shall prepay court cost.

                                          _____
                                                   JUDGE OF THE DISTRICT COURT