P1 · Petition for Negligence CJ-2017-1922 Parriot   April 3, 2017

**CJ-2017-1922**

This letter is to describe my intent to file a lawsuit in the District Court of The State of Oklahoma on April 4, 2017

Jana M. Turk  (Plaintiff)

Vs.

John Doe + Employer (Defendant)

Filing #  **CJ-2017-1922**

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

APR - 3 2017

RICK WARREN
COURT CLERK
47_____

Exhibit 3

On April 4, 2017 I (plaintiff) was driving eastbound on I-40 in Oklahoma City. My speed was 60 mph. I approached the bridge at MacArthur. As I passed over the bridge and saw in my peripheral vision a large vehicle moving very closely to me into my lane. I moved my vehicle as far right in my lane as possible and reduced my speed (1-2 seconds). Then I was hit by the truck. My right tire hit a curb that separated my lane from an oncoming lane for vehicles entering the highway. Somehow, my vehicle seemed to be locked onto the truck's right front tire. My car then was whipped sideways (at 60mph) across the bumper of the truck and I could not do anything but pray. I could see what looked to be a field. (on N. side of I-40 E. of MacArthur). I don't know how my car got off the front of the truck. Next thing I know is he/she keeps driving recklessly and is not pulling over. My car is still running, so I get the tag # and pullover to the side of I-40 and call 911. A person stops to render help and states they witnessed it and cannot believe I was alive and that my car didn't roll. I get their name & ph #, and Officer Barton comes to my house to fill out info. for a report 1-2 days later.

He locates the trucking Co. in Arkansas, later that week. He refused to cite the driver. I told officer Barton I had broke my glasses when I hit my head in the accident and did not know if I had any other injuries. I have had severe headaches and memory loss since that date. I am asking my dr. to check my MRI's + scans for his opinion on addtl. injuries. Mostly, I am seeking replacement or repair of physical damages. I am seeking medical damages and punitive damages which have resulted of this Accident due to the negligence of the hit and Run driver. + Noneconomic damages.

Jason . Tuck   405-481-1849

Seeking Physical (Car) or Repair — $5,000

Head Injuries, — $50,000

Future damages — unknown

Punitive damages — $20,000