IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| JANA M. TURK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  CJ-2017-1922 |
| | ) |
| LYNN MARLENE FREEMAN, an Individual, | ) |
| and DOWELL TRANSPORT, INC., | ) |
| an Arkansas Corporation, | ) |
| | ) |
| Defendants. | ) |

**DEFEFENDANT DOWELL TRANSPORT, INC.'S
SUGGESTION OF DEATH UPON THE RECORD**

Defendant Dowell Transport, Inc. suggests upon the record, in accordance with Okla. Stat. tit. 12, § 2025(A), the death of Defendant Lynn Marlene Freeman during the pendency of this action.

*Respectfully submitted*,

_____
Dan K. Jones, OBA # 16940
Mehry Taremi, OBA # 31726
Mills & Jones, PLLC
2760 Washington Drive, Suite 100
Norman, Oklahoma 73069
(405) 239-2501-t   (405) 239-2575-f
*Attorneys for Defendant*
**Dowell Transport, Inc.**

Exhibit 6

## **CERTIFICATE OF SERVICE**

I certify that on June 7, 2017 a true and correct copy of *Defendant Dowell Transport, Inc.'s Suggestion of Death Upon the Record* was emailed and sent Certified Mail, Return Receipt Requested via the U.S. Postal Service, with postage fully pre-paid to the following:

G. Robert Carpenter, Esq.
bcarpenter4law@gmail.com
5030 N. May Avenue, Suite 144
Oklahoma City, Oklahoma 73112
***Attorneys for Plaintiff***

_____