# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANA M. TURK, | ) |
| Plaintiff, | ) |
| v. | ) Case No.   17-CV-643-W |
| DOWELL TRANSPORT, INC., an Arkansas Corporation, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jana M. Turk and Defendant Dowell Transport, Inc., as authorized by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismiss with prejudice all claims asserted by Plaintiff against Defendant, and state that the parties reach a compromise settlement of all claims. The parties agree to bear their respective costs, including all attorney's fees and expenses related to all claims.

DATED this 24th day of January, 2018.

*Respectfully submitted*,

 /s/ Michael Rogalin
Michael P. Rogalin, OBA # 7711
MICHAEL PAUL ROGALIN, LAWYER, PC
228 Robert S. Kerr, Suite 950
Oklahoma City, Oklahoma 73102
(405) 236-0509-t    (405) 319-0025
*Attorney for Plaintiff*

Dan K. Jones, OBA # 16940
Mehry Taremi, OBA # 31726
MILLS & JONES, PLLC
2760 Washington Drive, Suite 100
Norman, Oklahoma 73069
(405) 239-2501-t    (405) 239-2575-f
*Attorneys for Defendants*